Entered on Docket
May 03, 2010

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-11, Asset-Backed Certificates Series 2006-11
09-72992

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-08-52428-GWZ |
| J. Farrell Cafferata | Date:  4/20/10<br>Time: 10:00 a.m. |
| Debtor. | Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic

2  Stay is granted in the above-entitled bankruptcy proceedings regarding the subject property generally

3  described as 412 Tahoe Dr. , Carson City, NV 89703.

4

5  DATED this _____ day of _____, 2010.

6

7

8  Submitted by:
   **WILDE & ASSOCIATES**

9

10 _____
   Gregory L. Wilde, Esq.

11 Attorney for Secured Creditor
   208 South Jones Boulevard

12 Las Vegas, Nevada 89107

13 APPROVED / DISAPPROVED

14 _____

15 **John S. Bartlett**
   1201 Johnson St.

16 Suite 130
   Carson City, NV 89706

17 Attorney for Debtor(s)

18 APPROVED / DISAPPROVED

19 _____

20 **Anabelle Savage**
   P.O. Box 6179

21 Reno, NV 89513
   Chapter 7 Trustee

22

23

24

25

26

| | |
|---|---|
| 1 | In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one): |
| 2 | \_\_\_\_\_ The court waived the requirements of LR 9021. |
|   | \_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case. |
| 3 | \_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant. |
|   | \_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a |
| 4 | copy of this proposed order to all counsel who appeared at the hearing, and any trustee |
|   | appointed in this case, any unrepresented parties who appeared at the hearing, and each has |
| 5 | approved or disapproved the order, or failed to respond, as indicated below: |

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor